FRIEDA BRUNSTEIN, Respondent, *v.* ISRAEL A. BRUNSTEIN, Appellant.

Argued January 10, 1949; decided February 24, 1949.

*Irving M. Atkin* and *Sidney M. Firestone* for appellant.
*Philip Feldman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

JULIA D. SMITH, Appellant, *v.* ROY A. SMITH, Respondent.

Submitted January 7, 1949; decided February 24, 1949.